IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHN WAYNE HABERSHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-029 |
| | ) | |
| DUNKIN DONUTS/BASKIN ROBBINS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff brought the above-captioned case and is proceeding *pro se* and *in forma pauperis* ("IFP"). On August 26, 2016, the Court reported and recommended the case be dismissed for Plaintiff's failure to update his address after the Court's grant of IFP was returned as undeliverable. (Doc. no. 6.) That same day, Plaintiff filed a motion to amend his complaint and attached a medical bill. (Doc. no. 8.) Although the motion contained the same address as the one on file, the attached bill contained a different address. (Id.) Out of an abundance of caution, the Court directed the Clerk to mail a copy of the report and recommendation to the new address. (Doc. no. 9.) Plaintiff responded by updating his mailing address. (Doc. no. 10.)

Because Plaintiff has now filed an updated address, the Court **VACATES** the Report and Recommendation issued on August 26, 2016 and the case shall proceed.

SO ORDERED this 13th day of September, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA