IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHN WAYNE HABERSHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-029 |
| | ) | |
| DUNKIN DONUTS BASKIN ROBBINS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff has filed a motion to amend his complaint. (Doc. no. 8.) Because the amendment only contains a doctor's bill and is more appropriate as proof of damages during discovery rather than an amended complaint, the Court **DENIES** the motion.

Furthermore, Defendant has docketed its answer as a combined answer and motion to dismiss. (Doc. no. 12.) However, a motion to dismiss must be filed as its own entry on the docket and must be supported by legal authority as required by the Southern District of Georgia's Local Rules. See Loc. R. 7.1(b) ("[E]very motion filed in civil proceedings shall cite to supporting legal authorities.") Accordingly, the Court **DIRECTS** the Clerk to **TERMINATE** the procedurally improper motion to dismiss from the motions report. (Doc. no. 12.) If Defendant wishes to pursue a motion to dismiss, it must file the motion as a stand-alone docket

entry and in accordance with the Local Rules within fourteen (14) days from the date of this Order.

SO ORDERED this 24th day of October, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA